**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

JAMES HILDRED PROCTOR, JR.,
#EN8285,

    Plaintiff,

  v.

MONROE COUNTY, et al.,

    Defendants.

CIVIL ACTION NO. 3:24-CV-00243

(MEHALCHICK, J.)

**<u>ORDER</u>**

On July 15, 2024, the Court issued a Memorandum and Order (Doc. 43) closing this matter. Since that time, Plaintiff James Hildred Proctor, Jr. ("Proctor") continues to file letters and documents with the Court, most recently documents claiming that the filing fees imposed by the Court are a form of retaliation. (Doc. 63; Doc. 64). On February 12, 2025, the Court denied Proctor's motion for leave to proceed in forma pauperis because this matter has been closed since July 15, 2025. (Doc. 52). As there is no pending motion or any other matter left in this case for the Court to decide, Proctor is directed to stop filing additional documents in this matter. Proctor is further advised that if he continues to file repetitive and frivolous letters and documents with the Court, he will be barred from filing further documents without the Court's leave. *See Chips v. United States Dist. Court for the Middle Dist. of Pa.*, 882 F.2d 72, 73 (3d Cir. 1989) ("a district court has authority to require court permission for all subsequent filings once a pattern of vexatious litigation transcends a particular dispute"); *see also Woltz v. Good,* 759 F. Supp. 3d 572, 579 (E.D. Pa. 2024) (quoting *Brow v. Farrelly*, 994 F.2d 1027, 1038 (3d Cir. 1993)) ("a district court may enjoin 'abusive, groundless, and vexatious litigation'").This

order is without prejudice to Proctor instituting new actions under a different case number, but without any decision as to the merits of those potential actions.

Dated: May 22, 2026

s/ Karoline Mehalchick

**KAROLINE MEHALCHICK**
**United States District Judge**

2